FIRST NATIONAL BANK OF ANN ARBOR, MICHIGAN, Respondent, v. JOHN FARSON and Another, Individually and as Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements.  No

opinion.   Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.